**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:04CR117**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **DARRELL ROBERT GREENE** ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾) | |


  **THIS MATTER** is before the Court on motion of Defendant's

appellate counsel for an order releasing a copy of the Defendant's

presentence report and any objections or addendums filed therewith.

  For the reasons set forth in the motion,

  **IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of

the Defendant's presentence report and related documents is **ALLOWED.**

The United States Probation Office is hereby authorized to make available

these documents to appellate counsel forthwith.

Signed: January 23, 2008

Lacy H. Thornburg
United States District Judge